UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE: )
 )
WANAMAKER INTL, INC ) Case # 6:11-bk-13017-KSJ
 ) Chapter 7
 Debtor )

## TRUSTEE'S NOTICE OF INTENT TO SELL

TO: Creditors, Debtor and Parties in Interest:

Richard B. Webber II, the Trustee duly appointed and acting for the above-captioned estate, pursuant to 11 U.S.C. §363 (b) (1) and Local Rule 7005, reports that he intends to hold a public sale on or after the 21st day from the date of mailing this Report and Notice to sell the following property of the estate under the terms and conditions stated:

---

### NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING

Pursuant to Local Rule 2002-4, the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection within twenty one (21) days from the date of service of this paper and docketing of same. If you object to the relief requested in this paper, you must file your objection with the Clerk of the Court at United States Bankruptcy Court, 135 W. Central Blvd., Suite 950, Orlando, FL 32801, and serve a copy on, Richard B. Webber II, trustee, PO Box 3000, Orlando FL 32802-3000, and serve copy on United States Trustee, 135 W Central Blvd., Suite 620, Orlando, FL 32801.

If you file and serve an objection within the time permitted, the Court will schedule a hearing and you will be notified. If you do not file an objection within the time permitted, the Court will consider that you do not oppose the granting of the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. Description of Property: Complete contents of a Dairy Queen including, but not limited to, all restaurant and kitchen equipment, furniture, signage, etc., hereinafter referred to as "Property." The debtor valued the Property on Schedule B of the bankruptcy petition dated 08/26/11 at $21,450.00.

2. Method of Sale: The Property will be sold in bulk, and individually, with the highest method of sale being final. Removal must be by Friday, October 28, 2011 at 4:00 p.m.

3. Date and Place of the Sale: The sale will be held on Thursday, October 27, 2011, at 10:00 am at 520 East Highway 50, Clermont, FL 34711 with inspection on the day of auction at 9:00 a.m. For information and questions please visit Ewald Enterprises internet website at www.ewaldauctions.com or by contacting auctioneer, Robert Ewald at 407-275-6853.

4. <u>Terms of the Sale</u>: The Trustee makes no representations or warranties regarding the Property. Accordingly, the Property is being sold **"as is, where is with all faults and defects therein,"** and subject to all liens and encumbrances. Upon receipt of the funds from the auctioneer, the Trustee will not forward a check to the Debtor because the debtor has not claimed an allowable exemption in the property. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.

5. The property is being sold subject to the following liens and encumbrances:

| Lienholder name & address | Amount of Lien |
|---|---|
| **NONE** | |

**Trustee has noted all liens of which he has knowledge; however, the Trustee has not performed a judgment or lien search. The property is being sold subject to any and all liens of record, as well as any and all easements, restrictions and reservations of record, and back taxes, if any, and current and subsequent taxes. Buyer is responsible for checking marketability of title prior to date of sale.**

> **NOTICE:** For items subject to Florida Sales tax, if an exemption or waiver is sought, a Resale or Consumer Exemption Certificate will be required upon the sale. The certificate must bear the name and address of the purchaser, the effective date and the number of the dealer's certificate of registration, and the dealer's signature. If a resale certificate is not presented when required, sales tax will be collected. The tax shall be added to the sales price and the amount of the tax shall be separately stated as Florida tax on any charge tickets, sales slips, invoices or other tangible evidence of sale, and shall be a debt from the purchaser or consumer to the Trustee. If a titled vehicle is involved, buyer is responsible for paying sales tax to the Tag Agency.

Dated: October 4, 2011

/s/ Richard B. Webber II, Trustee
Richard B. Webber II, Trustee
PO Box 3000
Orlando FL 32802-3000
(407) 425-7010

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail, postage prepaid, or electronic file transfer to all parties on the mailing matrix, which is attached to the original of this document and filed with the Court, and the United States Trustee, 135 W Central Blvd, Suite 620, Orlando, FL 32801, and auctioneer, Robert Ewald, 12472 Lake Underhill Road, Suite 312, Orlando, FL 32808 this October 4, 2011.

/s/ Richard B. Webber II, Trustee
Richard B. Webber II

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:11-bk-13017-KSJ<br>Middle District of Florida<br>Orlando<br>Tue Oct  4 10:49:41 EDT 2011 | Florida Dept of Labor and Security<br>Hartman Building, Suite 307<br>2012 Capital Circle, Southeast<br>Tallahassee, FL 32399-6583 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 |
| IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Wanamaker Int'l, Inc<br>520 E Highway 50<br>Clermont, FL 34711-3162 | American Dairy Queen Corp<br>P O Box 390286<br>Minneapolis, MN 55439-0286 |
| Bank of America<br>Attn: Bankruptcy Dept<br>P O Box 26012<br>Greensboro, NC 27420-6012 | Bank of America Business<br>P O Box 982238<br>El Paso, TX 79998-2238 | Bob McKee Tax Collector<br>P O Box 327<br>Tavares, FL 32778-0327 |
| CDI, LLC<br>5545 Shawland Rd<br>Jacksonville, FL 32254-1673 | Center Bank (SBA)<br>360 14th Street<br>Oakland, CA 94612-3200 | Century Link<br>PO Box 1319<br>Charlotte, NC 28201-1319 |
| City of Clermont<br>685 W Montrose Street<br>Clermont, FL 34711-2119 | Commercial Electronics<br>3421 Hollenberg Drive<br>Bridgeton, MO 63044-2406 | DQ Red Ribbon<br>4777 Shady Oak Road<br>Hopkins, MN 55343-8815 |
| Dairy Mix Inc<br>3020 46th Avenue North<br>Saint Petersburg, FL 33714-3863 | Equity Investment Services<br>301 South Tubb Street<br>Suite G<br>Oakland, FL 34760-8920 | Florida Bancorp Supply, Inc<br>P O Box 560128<br>Orlando, FL 32856-0128 |
| Florida Department of<br>Revenue<br>5050 West Tennessee St<br>Building L<br>Tallahassee, FL 32399-0100 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 | H.C. Duke & Son, Inc<br>2116 8th Ave<br>East Moline, IL 61244-1800 |
| IRD<br>P O Box 1437<br>Apopka, FL 32704-1437 | ISM<br>N 532 Williams Rd<br>Genoa City, WI 53128-1922 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| KBHS, Inc<br>13825 US Highway 19<br>Suite 302<br>Hudson, FL 34667-1191 | Lake Apopka Natural Gas<br>1320 Winter Garden Vinellad<br>Rd<br>Winter Garden, FL 34787-4341 | Lake County Tax Collector<br>Attn:  Bob McKee<br>Post Office Box 327<br>Tavares FL 32778-0327 |
| Lockton Companies, LLC<br>444 W 47th Street<br>Suite 900<br>Kansas City, MO 64112-1906 | Nuco2, LLC<br>3007 Bay #3 Brooks St<br>Lakeland, FL 33803 | Office Depot Credit Plan<br>Dept 56-8700712193<br>P O Box 689020<br>Des Moines, IA 50368-9020 |

| | | |
|---|---|---|
| Pepsico<br>P O Box 75948<br>Chicago, IL 60675-5948 | Personal Concepts<br>P O Box 5750<br>Carol Stream, IL 60197-5750 | Progress Energy<br>P O Box 33199<br>Saint Petersburg, FL 33733-8199 |
| Retail Data Systems<br>13170 92nd Street<br>Suite 303<br>Largo, FL 33773-1319 | Security Networks<br>3223 Commerce Place<br>Suite 101<br>West Palm Beach, FL 33407-1917 | Shelley's Septic Tanks Inc<br>P O Box 249<br>Zellwood, FL 32798-0249 |
| Terminix Processing Center<br>PO Box 742592<br>Cincinnati, OH 45274-2592 | Thomas Mechanical Service C<br>2140 Running Horse Trail<br>Saint Cloud, FL 34771-7363 | United States Attorney<br>501 West Church Street<br>Suite 300<br>Orlando FL 32805-2281 |
| Wasserstrom<br>477 South Front St<br>Apopka, FL 32704 | Waste Management Inc of FL<br>8708 NE 44th Drive<br>Wildwood, FL 34785-9184 | Zurich North America<br>8712 Innovation Way<br>Chicago, IL 60682-0087 |
| United States Trustee - ORL7 +<br>135 W Central Blvd., Suite 620<br>Orlando, FL 32801-2440 | Walter F Benenati +<br>Walter F Benenati, Credit Attorney PA<br>105 E Robinson Street<br>Suite 302<br>Orlando, FL 32801-1622 | Richard B Webber, Trustee +<br>Post Office Box 3000<br>Orlando, FL 32802-3000 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Karen S. Jennemann<br>Orlando | (d)Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 | End of Label Matrix<br>Mailable recipients    44<br>Bypassed recipients    2<br>Total    46 |